# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Swain, Laura T. | US District Court - Southern District of New York | 07/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge (Active) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Havens Relief Fund Society |
| 2. | Trustee | Trust #1 (no reportable assets) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | ▭ (salary and benefits) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. HSBC Bank (cash) | A | Interest | K | T | | | | | |
| 3. Citibank (cash) | A | Interest | J | T | | | | | |
| 4. Synchrony Bank (cash) | A | Interest | K | T | | | | | |
| 5. ▒▒▒▒ . Employees Stock Ownership Plan (no control) | A | Dividend | K | T | | | | | |
| 6. Account #1 (H) | | | | | | | | | |
| 7. Schwab Govt Money Fund (SWGXX) (cash) (Y) | | | | | | | | | |
| 8. Aberdeen Standard Physcl Swiss Gld ETF (SGOL) | | None | | | Buy (add'l) | 05/05/20 | J | | |
| 9. | | | | | Sold (part) | 09/02/20 | J | | |
| 10. | | | | | Sold (part) | 09/08/20 | J | | |
| 11. | | | | | Sold (part) | 10/06/20 | J | | |
| 12. | | | | | Sold | 12/02/20 | J | | |
| 13. Fidelity MSCI Industrials (FIDU) | A | Dividend | | | Sold | 05/05/20 | J | | |
| 14. Fidelity MSCI Comm SRV Index (FCOM) | A | Dividend | J | T | Sold (part) | 01/07/20 | J | | |
| 15. | | | | | Sold (part) | 08/04/20 | J | | |
| 16. | | | | | Sold (part) | 09/08/20 | J | | |
| 17. Fidelity MSCI Cons Discr (FDIS) | A | Dividend | J | T | Sold (part) | 01/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 05/05/20 | J | | |
| 19. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 20. | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 21. | | | | | Sold<br>(part) | 10/06/20 | J | | |
| 22. Fidelity MSCI Cons Stpls (FSTA) | A | Dividend | J | T | Buy<br>(add'l) | 09/02/20 | J | | |
| 23. | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 25. Fidelity MSCI Health (FHLC) | A | Dividend | K | T | Sold<br>(part) | 01/07/20 | J | | |
| 26. | | | | | Buy<br>(add'l) | 05/05/20 | J | | |
| 27. | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 29. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 30. Fidelity MSCI Infor Tech (FTEC) | A | Dividend | J | T | Sold<br>(part) | 01/07/20 | J | | |
| 31. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 32. | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 33. Fidelity MSCI Utilities ETF (FUTY) | A | Dividend | J | T | Buy | 09/02/20 | J | | |
| 34. Invesco Optimum Yield (PDBC) | | None | J | T | Sold<br>(part) | 01/07/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 01/09/20 | J | | |
| 36. | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 37. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 39. IShares Bond ETF Agency Bond (AGZ) | A | Dividend | | | Sold | 08/04/20 | J | | |
| 40. Invesco Preferred ETF (PGX) | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 41. Invesco QQQ Trust (QQQ) | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 42. Ishares Broad Usd Hg Yld (USHY) | A | Dividend | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 43. | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 45. IShares CMBS ETF (CMBS) | A | Dividend | | | Sold | 09/02/20 | J | | |
| 46. IShares Short Term Corp Bd ETF (IGSB) | A | Dividend | J | T | Buy | 05/05/20 | J | | |
| 47. | | | | | Sold<br>(part) | 08/04/20 | J | | |
| 48. Ishares Intermediate-Term (IGIB) | A | Dividend | J | T | Sold<br>(part) | 01/07/20 | J | | |
| 49. | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 50. Ishares Currency Holdings MSCI (HEZU) | | None | | | Buy<br>(add'l) | 01/09/20 | J | | |
| 51. | | | | | Sold | 04/01/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  IShares TIPS Bond ETF (TIP) | | None | | | Sold | 01/09/20 | J | | |
| 53.  SPDR Dow Jones REIT (RWR) | A | Dividend | J | T | Sold<br>(part) | 01/09/20 | J | | |
| 54. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 56.  SPDR Intrmdt Trm Crprate Bnd ETF (SPIB) | A | Dividend | J | T | Sold<br>(part) | 09/08/20 | J | | |
| 57. | | | | | Sold<br>(part) | 12/02/20 | J | | |
| 58.  SPDR Long Term Treasury (SPTL) | A | Dividend | J | T | Sold<br>(part) | 09/08/20 | J | | |
| 59.  SPDR S&P 600 Small Cap ETF (SPSM) | A | Dividend | K | T | Sold<br>(part) | 01/07/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 61. | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 62.  Vaneck Vectors J.P. Morgan Em Local<br>Currency Bond ETF (EMLC) | A | Dividend | J | T | Buy | 07/07/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 64. | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 65. | | | | | Sold<br>(part) | 12/02/20 | J | | |
| 66.  Vanguard FTSE ETF Dev Mkts (VEA) | A | Dividend | K | T | Sold<br>(part) | 01/07/20 | J | | |
| 67. | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 08/04/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 70. | Vanguard FTSE Emerging Mkts (VWO) | A | Dividend | K | T | Sold<br>(part) | 01/07/20 | J | | |
| 71. | | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 72. | | | | | | Buy<br>(add'l) | 08/04/20 | J | | |
| 73. | | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 74. | | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 75. | Vanguard Large Cap ETF (VV) | A | Dividend | J | T | Sold<br>(part) | 01/07/20 | J | | |
| 76. | | | | | | Buy<br>(add'l) | 01/09/20 | J | | |
| 77. | | | | | | Sold<br>(part) | 05/05/20 | J | | |
| 78. | | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 79. | Vanguard Long Term Cor Bd ETF (VCLT) | A | Dividend | J | T | Sold<br>(part) | 09/08/20 | J | | |
| 80. | Vanguard Mrtg-Backd ETF Mortg-Backed<br>Secs (VMBS) | A | Dividend | K | T | Sold<br>(part) | 01/09/20 | J | | |
| 81. | | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 82. | | | | | | Buy<br>(add'l) | 08/04/20 | K | | |
| 83. | | | | | | Sold<br>(part) | 09/08/20 | J | | |
| 84. | Account #2 (H) | | | | | | | | | |
| 85. | Western Asset Instl Government Fund<br>(INGXX) (cash) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  IShares Gold TR (IAU) | | None | J | T | Buy<br>(add'l) | 04/06/20 | J | | |
| 87. | | | | | Sold<br>(part) | 05/07/20 | J | A | |
| 88.  IShares Tr Latin Amer 40 ETF (ILF) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 90.  IShares TR Russell 1000 Value ETF (IWD) | B | Dividend | L | T | Sold<br>(part) | 02/04/20 | J | B | |
| 91. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 92. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 94.  IShares TR Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Sold<br>(part) | 02/04/20 | J | C | |
| 95. | | | | | Sold<br>(part) | 05/07/20 | J | B | |
| 96. | | | | | Sold<br>(part) | 06/29/20 | J | | |
| 97. | | | | | Sold<br>(part) | 09/02/20 | J | C | |
| 98. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 99.  Ishares TR Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 100.  IShares TR Core S&P Small-Cap ETF (IJR) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 101. | | | | | Sold<br>(part) | 06/29/20 | J | A | |
| 102. | | | | | Sold<br>(part) | 09/02/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. IShares Trust MSCI EAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 104. IShares TR MSCI All Country Asia (AAXJ) | | None | | | Buy (add'l) | 02/04/20 | J | | |
| 105. | | | | | Sold | 04/06/20 | J | | |
| 106. IShares TR JPMorgan Emerging Mkts (EMB) | A | Dividend | | | Sold | 12/01/20 | J | A | |
| 107. IShares Tr Global REIT ETF (REET) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 108. IShares Tr Mtg Real Estate ETF (REM) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 109. Pimco ETF TR Enhanced Short Mat (MINT) | A | Dividend | J | T | Sold (part) | 02/04/20 | J | A | |
| 110. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 111. | | | | | Sold (part) | 06/29/20 | J | A | |
| 112. SPDR Ser Tr Bloom Barc Hi Yield Bd ETF (JNK) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 113. | | | | | Sold (part) | 12/01/20 | J | A | |
| 114. Vanguard Spec Fds Dividend Appreciation (VIG) | A | Dividend | K | T | Buy | 02/04/20 | J | | |
| 115. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 116. Vanguard Bd Index Fds (BND) | A | Dividend | J | T | Sold (part) | 02/04/20 | J | A | |
| 117. | | | | | Sold (part) | 04/06/20 | J | A | |
| 118. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 119. | | | | | Sold (part) | 06/29/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 09/02/20 | J | A | |
| 121. | | | | | Sold<br>(part) | 12/01/20 | J | A | |
| 122. Vanguard Intl Fd FTSE Developed Mkts (VEA) | B | Dividend | L | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 123. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 124. | | | | | Sold<br>(part) | 05/07/20 | J | | |
| 125. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 126. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 127. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 128. Vanguard Charlotte Fds (BNDX) | A | Dividend | | | Sold | 02/04/20 | J | A | |
| 129. Vanguard Intl Equity Index (VWO) | A | Dividend | K | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 131. | | | | | Buy<br>(add'l) | 05/07/20 | J | | |
| 132. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 133. Account #3 (H) | | | | | | | | | |
| 134. Western Asset Instl Govt (INGXX) (cash) (X) | A | Interest | J | T | | | | | |
| 135. IShares Gold Tr (IAU) | | None | J | T | Buy<br>(add'l) | 04/06/20 | J | | |
| 136. | | | | | Sold<br>(part) | 05/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  IShares Tr Latin Amer 40 ETF (ILF) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 139.  IShares Tr Russell 1000 Value ETF (IWD) | B | Dividend | L | T | Sold<br>(part) | 02/04/20 | J | A | |
| 140. | | | | | Buy<br>(add'l) | 06/29/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 142. | | | | | Sold<br>(part) | 12/01/20 | J | | |
| 143.  IShares Tr Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Sold<br>(part) | 02/04/20 | J | C | |
| 144. | | | | | Sold<br>(part) | 05/07/20 | J | A | |
| 145. | | | | | Sold<br>(part) | 06/29/20 | J | B | |
| 146. | | | | | Sold<br>(part) | 09/02/20 | J | C | |
| 147. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 148.  Ishares Tr Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 149.  IShares Tr Core S&P Small-Cap ETF (IJR) | A | Dividend | J | T | Buy | 05/07/20 | J | | |
| 150. | | | | | Sold<br>(part) | 06/29/20 | J | A | |
| 151. | | | | | Sold<br>(part) | 09/02/20 | J | A | |
| 152.  IShares Tr MSCI All Country Asia (AAXJ) | | None | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 153. | | | | | Sold | 04/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. IShares Tr JPMorgan Emerging Mkts (EMB) | A | Dividend | J | T | Sold (part) | 12/01/20 | J | A | |
| 155. IShares Trust MSCI Small Cap ETF (SCZ) | A | Dividend | J | T | Buy | 12/01/20 | J | | |
| 156. IShares Tr Global REIT ETF (REET) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 157. IShares Tr Mtg Real Estate ETF (REM) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 158. Pimco ETF Tr Enhanced Short Mat (MINT) | A | Dividend | J | T | Sold | 02/04/20 | J | B | |
| 159. | | | | | Buy | 05/07/20 | J | | |
| 160. | | | | | Sold (part) | 06/29/20 | J | A | |
| 161. SPDR Ser Tr Bloom Barc Hi Yield Bd ETF (JNK) | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 162. | | | | | Sold (part) | 12/01/20 | J | | |
| 163. Vanguard Spec Fds Dividend Appreciation (VIG) | A | Dividend | K | T | Buy | 02/04/20 | K | | |
| 164. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 165. Vanguard Bd Index Fds (BND) | A | Dividend | J | T | Sold (part) | 02/04/20 | J | A | |
| 166. | | | | | Sold (part) | 04/06/20 | J | A | |
| 167. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 168. | | | | | Sold (part) | 06/29/20 | J | B | |
| 169. | | | | | Sold (part) | 09/02/20 | J | A | |
| 170. | | | | | Sold (part) | 12/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Vanguard Intl Fd FTSE Developed Mkts (VEA) | A | Dividend | L | T | Buy (add'l) | 02/04/20 | J | | |
| 172. | | | | | Sold (part) | 04/06/20 | J | | |
| 173. | | | | | Sold (part) | 05/07/20 | J | | |
| 174. | | | | | Sold (part) | 06/29/20 | J | | |
| 175. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 176. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 177.  Vanguard Charlotte Fds (BNDX) | A | Dividend | | | Sold | 02/04/20 | J | A | |
| 178.  Vanguard Intl Equity Index (VWO) | A | Dividend | K | T | Buy (add'l) | 02/04/20 | J | | |
| 179. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 180. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 181. | | | | | Buy (add'l) | 12/01/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, ▮▮▮▮▮▮▮▮▮. Employees Stock Ownership Plan: The investments of this ESOP, which was established in 2009, are not participant-directed. The information reported is the most recent available information, which is as of 12/31/2016.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 07/29/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura T. Swain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544